O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 17 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SACR 11-187-AG |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Sosa, Lauro | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD CA__,

for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   [X]   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd, cmty ties unknown due to failure to interview. bail resources unknown. Prior revocation and nature of new allegs show def cannot be relied on to comply w/supervision conditions_

and/or

B.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___Substance abuse history. Commission of new offense while under supervision___

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED:  3/17/14

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE